UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL PACRAY,<br><br>               Plaintiff,<br><br>      v.<br><br>WELLS FARGO HOME MORTGAGE, INC.; NBS DEFAULT SERVICES, LLC; TBM FUNDING LLC; and DOES 1 THROUGH 20, inclusive,<br><br>               Defendants. | No.  2:16-cv-01111-KJM-EFB<br><br><br>ORDER |

On May 23, 2016, this court issued a standing order.  ECF No. 2-1.  In the order, the parties were directed to engage in a meet and confer prior to filing a motion.  *Id.* at 3.  The meet and confer directive was designed to have the parties discuss thoroughly the substance of the contemplated motion and any potential resolution.  *Id.*  After meeting and conferring, if a party still desired to file a motion, that party was directed to file a notice of motion containing "a certification by counsel filing the motion that meet and confer efforts have been exhausted, with a brief summary of meet and confer efforts."  *Id.*

On May 31, 2016, defendant Wells Fargo Home Mortgage, Inc. filed a motion to dismiss under Federal Rules of Civil Procedure 12(b)(1), 12(b)(6), and 9(b).  ECF No. 4.  Wells

1

1  Fargo Home Mortgage, Inc.'s counsel did not file a certification indicating that meet and confer

2  efforts have been exhausted.  Thus, counsel did not comply with the 2016 standing order.

3          Accordingly, counsel for defendant Wells Fargo Home Mortgage, Inc. is hereby

4  ORDERED, within seven (7) days of entry of this order, to show cause why it should not be

5  sanctioned in the amount of $250 for its failure to comply with this court's order.

6          IT IS SO ORDERED.

7   DATED:  July 12, 2016

8

9                                      _____

10                             UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28